**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MURLEANA STACKHOUSE,              : | |
|         Plaintiff,              : | |
|    v.                               : | Civil Action No. 05-1069 (JR) |
| JO ANNE B. BARNHART,              : | |
| Commissioner, Social Security     : | |
| Administration,                   : | |
|         Defendant.             : | |

### ORDER

For the reasons stated in the accompanying memorandum, the plaintiff's motion for summary judgment [7] is **granted**; the defendant's motion for a judgment of affirmance [10] is **denied.** The final decision of the Commissioner is reversed, and she is hereby ordered to instate Murleana Stackhouse's benefits, retroactive to the date of her application.

                                                JAMES ROBERTSON
                                  United States District Judge